

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00743-CV

**IN THE INTEREST OF J.D.-V., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02312
Honorable Richard Garcia, Judge Presiding

## O R D E R

The State's brief was due on December 3, 2018.  *See* TEX. R. APP. P. 38.6(b).  On the due date, the State filed a first motion for a twenty-day extension of time to file its brief.

The State's motion is GRANTED.  The State's brief is due on December 27, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court